IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BENJIE SPERLING, AS
TRUSTEE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D16-3583

v.

U.S. BANK NATIONAL
ASSOCIATION,

     Respondent.

_____/

Opinion filed September 13, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Benjie Sperling, pro se, Petitioner.

Clarfield, Okon, Salomone & Pincus, P.L., West Palm Beach, for Respondent (no appearance).

PER CURIAM.

     DENIED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.